158 A.3d 568

POWERHOUSE FIRST, LLC, PLAINTIFF, v. WALDO JERSEY CITY, LLC, AND POWERHOUSE LAND DEVELOPMENT, LLC, DE- FENDANTS, AND DAVID PAZDEN, DEFENDANT, AND MI- CHAEL PAZDEN, THIRD–PARTY PLAINTIFF, AND MICHELE PAZDEN, THIRD–PARTY PLAINTIFF, v. POWERHOUSE FIRST, LLC, THIRD–PARTY DEFENDANT. AND OTHER RE- LATED CASES.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1609–12 and A– 655/656–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification of David Pazden is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.